In re McDonald, Irma L.; Frost, Robert W. Jr.; Head, Raymond Jr. et ah; Shaw, William Scott; Porter, Louis D.; Naron, Michael H.; Warren, Jerry D. Sr.; Larey, Susan E.; Frost, Jill S.; Hood, Johnny Jr.; Hood, Annie V.; Naron, Linda T.; Warren, Jimmye K.; Larey, Gary W.; Griffs, Andrew C.; Griggs, Amandea B.; Riley, Barbara H.; Harvill, R. Lee; Gregory, Chad A.; Harris, David E.; Harris, Darla R.; Riley, Robert W.; Moore, Mary C.; Harvill, Diann; Broughton, Kandy G.; Gregory, Stacy L.; Riley, Robert W. Jr.; Broughton, James R.; McDonald, Raymond H.; Russell, William R.; — Plaintiffs); Applying for Writ of Certiorari and/or Review, Parish of Bossier, 26th Judicial District Court Div. C, No. 117,437; to the Court of Appeal, Second'Circuit, No. 41,290-CA.
Denied.
VICTORY, J., would grant.